

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00045-CR

**CHRISTOPHER L. BREWINGTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2017-262-C2

## MEMORANDUM OPINION

Appellant Christopher L. Brewington has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Brewington personally signed the motion. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Neill
Appeal dismissed
Opinion delivered and filed December 31, 2019
Do not publish
[CR25]

